NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILIP G. LISAGOR,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3116

---

Petition for review of the Merit Systems Protection Board in case no. SF4324100886-I-1.

---

## ON MOTION

---

## ORDER

The Department of Veterans Affairs moves for a 21-day extension of time, until November 9, 2011, to file its response brief. Philip G. Lisagor opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**OCT 2 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas G. Jarrard, Esq.
    Jane W. Vanneman, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 7 2011**

**JAN HORBALY**
**CLERK**